[Civ. No. 5277. First Appellate District, Division Two.—December 22, 1925.]

GEORGE GITTELSON et al., Respondents, v. JOHN H. McKNIGHT et al., Appellants.

[1] APPEAL—DEATH OF APPELLANT—DISMISSAL.—In an action against a husband and wife to compel specific performance of a contract for the sale of real property, where the judgment against the defendants is for specific performance and the payment of money, and both defendants appeal, the appeal taken by the wife will not be dismissed on motion of the respondents because of the subsequent death of the wife and the substitution of the husband as administrator of her estate.

(1) 4 C. J., p. 577, n. 87.

MOTION to dismiss an appeal from a judgment of the Superior Court of Los Angeles County. Walton J. Wood, Judge. Motion denied.

This was an action against a husband and wife to compel specific performance of a contract for the sale of real property. Judgment was rendered requiring both to convey the property to plaintiffs and to pay the sum of $2,459.89, with interest, and $375 per month until the execution and delivery of the conveyance. Subsequent to the appeal by defendants the wife died and the husband, as administrator of her estate, was substituted for her. Respondents suggested the death of the wife and moved to dismiss the appeal taken by her.

William J. O'Brien, F. J. McDougal, Glenn Behymer, J. F. Resleure and R. M. Light for Appellants.

John J. Wilson, Samuel A. Miller and Gerald F. H. Delamar for Respondents.

THE COURT.—[1] In the above-entitled matter the motion to dismiss the appeal as to John H. McKnight, administrator of the estate of Agnes W. McKnight, deceased, is denied. (*Rubio Cañon etc. Assn.* v. *Everett*, 154 Cal. 29 [96 Pac. 811].)